USX CORPORATION, formerly named United States Steel Corporation, individually and on behalf of its affiliates, American Bridge Division and USX Realty Development,

v.

INSURANCE COMPANY OF NORTH AMERICA, Cigna Property & Casualty Insurance Company, Cigna Corporation, First State Insurance Company, The Aetna Casualty & Surety Company, one of the Aetna Life & Casualty Companies

Appeal of USX Corporation.

Nos. 40–41 WAP 2003.

*Supreme Court of Pennsylvania.*

Argued March 3, 2004.
Decided Nov. 14, 2005.

Timothy J. Cornetti, George L. Stewart, II, Pittsburgh, James Martin, Emporium, for USX Corp., appellant.

Timothy Murray, Pittsburgh, Bryan G. Schumann, pro hac vice, Chicago, IL, for First State Ins. Co.,appellee.

Before CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

Application for Discontinuance of Appeal; Application for Leave to File Out of Time Brief of Amicus Curiae.

PER CURIAM.

**AND NOW,** this 10th day of November, 2005, the Application for Discontinuance of Appeal of Appellants USX Corporation, et al. is hereby granted, and this matter is discontinued with prejudice.

The Application for Leave to File Out of Time Brief of Amicus Curiae in Support of Plaintiffs–Appellants, which was filed by DII Industries, LLC, is hereby denied as moot.